

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT JENKINS, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | |
| VERSUS | * | NO. 98-2367 |
| HARRY LEE, ET AL., | * | SECTION "C" (2) |
| Defendants | * | |

\* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, comes Defendants Lee, et al., who respectfully request, pursuant to Local Rule 78.1E and Fed. R. Civ. Proc. 77 and 78, expedited hearing on their motion in limine. Given the ordinary course of the Court's business, Defendant's motion cannot be set for hearing before the trial date. In the interests of justice and economy, defendant prays that this court hold an expedited hearing on Defendants' motion.

Wherefore, Defendants pray for an order granting expedited hearing.

Respectfully submitted,

_____
FRANZ L. ZIBILICH, T.A., LA. BAR NO. 14,914
DANIEL R. MARTINY, LA. BAR NO. 9012
Martiny & Caracci
131 Airline Highway, Suite 201
Metairie, LA 70001
(504) 834-7676
Counsel to Defendants Lee, et al.

DATE OF ENTRY
JUN - 5 2000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT JENKINS, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | |
| VERSUS | * | NO 98-2367 |
| HARRY LEE, ET AL., | * | SECTION "C" (2) |
| Defendants | * | |

* * * * * * *

ORDER   **DENIED**

IT IS ORDERED that Defendants' Motion for Expedited Hearing ~~is GRANTED~~, and that the matter will be heard before the Honorable ~~Ginger Berrigan~~, U.S. District Judge, on the _____ day of _____, ~~2000, at~~ _____ o'clock, at the U.S. District Court at 500 Camp St ~~New Orleans, LA~~.

_____
U.S. District Judge

\* The Court cannot entertain oral argument before the trial. Therefore, the motion is DENIED. The Court will consider the underlying motion on the briefs.